IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN BURGER,<br><br>          Plaintiff,<br>v.<br><br>AVI FOODSYSTEMS, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)   Civil Action No. 2:18-cv-768-CRE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter came before the Court on the parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice. (ECF Dkt. No. 15). The Court conducted a review of the Confidential Settlement Agreement and General Release entered into by Plaintiff John Burger, and concludes that the proposed settlement resolves a bona fide dispute, is the result of arms' length negotiations, and is fundamentally fair, adequate, and reasonable in light of the claims asserted, the status of existing law, and the relative risks of loss to each party. Accordingly, the Court hereby grants final approval of the proposed settlement. The action is hereby dismissed, *with prejudice*.

DATE: 12/14/18

Chief United States Magistrate Judge
Cynthia Reed Eddy